```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 21820
   KIJUANA LABECHI TRIPLETT
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8263

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/19/2008 and was not confirmed.

     The case was dismissed without confirmation 09/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                        PAID         PAID
-----------------------------------------------------------------------

LEGAL ASSISTANCE FOUNDAT DEBTOR ATTY        .00                        .00
TOM VAUGHN               TRUSTEE                                       .00
DEBTOR REFUND            REFUND                                        .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                         .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```